## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN OTUMOR | * |
| | * |
|    PLAINTIFF, | * |
| | * |
| V. | *   Case No.: 1:21-cv-01801-RC |
| | * |
| ANGEL LOVING CARE 1, INC. | * |
| D/B/A ANGEL LOVING CARE, ET AL. | * |
| | * |
| | * |
|    DEFENDANTS. | * |

*************************************************************************

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Jonathan Otumor, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a), hereby submits this Stipulation of Dismissal with Prejudice, dismissing with prejudice his claims against Defendants.

Respectfully submitted,

_____/s/_____
Michael K. Amster (Bar No. 1001110)
Zipin, Amster & Greenberg, LLC
8757 Georgia Ave. Suite 400
Silver Spring, MD 20910
Tel: 301-587-9373
Fax: 240-839-9142
mamster@zagfirm.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 31st day of August, 2021, a copy of the foregoing Joint Stipulation of Dismissal with Prejudice was served via email and first-class mail, postage prepaid, upon the following:

Dionna Maria Lewis, Esq.
District Legal Group, PLLC
700 Pennsylvania Ave SE, Suite 2098
Washington, D.C. 20003
Dionna@DistrictLegalGroup.com

*Counsel of Defendants*

                                                  _____/s/_____
                                                  Michael K. Amster